IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDY JONES, § § Plaintiff, § § v. § § CAROLYN W. COLVIN, § Acting Commissioner of the § Social Security Administration, § § Defendant. § | CIVIL ACTION NO. H-14-1249 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation entered on January 28, 2016,[1] the court is of the opinion that the Memorandum and Recommendation should be adopted.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by the court.

**SIGNED** at Houston, Texas, on this 17th day of February, 2016.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.